

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2014

No. 04-14-00623-CR

Darrell Lee **JACKSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR2964
Honorable Mary D. Roman, Judge Presiding

**ORDER**

In accordance with this court's opinion issued this date, this appeal is DISMISSED.

It is so **ORDERED** on October 29, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2014.

_____
Keith E. Hottle, Clerk